TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MICHAEL SHAW
Assistant U.S. Attorney
Arizona State Bar No. 031757
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Michael.Shaw2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA   CR-25-00576-PHX-ASB

| | |
|---|---|
| United States of America, | Mag. No. 25-01441MJ |
| Plaintiff, | **INFORMATION** |
| v. | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1 |
| Gabriel Santiago-Ramirez, | |
| Defendant. | 18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT 1

On or about April 1, 2025, in the District of Arizona, the defendant, GABRIEL SANTIAGO-RAMIREZ, knowing and in reckless disregard of the fact that certain aliens, Jose Ramon Garcia-Munguia and Rocio Rodriguez-Herrera, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

## COUNT 2

Beginning on an unknown date and continuing up to and including April 1, 2025, in the District of Arizona and elsewhere, defendant GABRIEL SANTIAGO-RAMIREZ did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before April 1, 2025, unknown co-conspirators in Mexico brought Jose Ramon Garcia-Munguia and Rocio Rodriguez-Herrera to the Mexican border with the United States, with the purpose that Jose Ramon Garcia-Munguia and Rocio Rodriguez-Herrera would enter the United States, knowing and in reckless disregard of the fact that Jose Ramon Garcia-Munguia and Rocio Rodriguez-Herrera did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about April 1, 2025, defendant GABRIEL SANTIAGO-RAMIREZ transported Jose Ramon Garcia-Munguia and Rocio Rodriguez-Herrera in a vehicle within the District of Arizona to facilitate Jose Ramon Garcia-Munguia and Rocio Rodriguez-Herrera's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 7th day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MICHAEL SHAW
Assistant U.S. Attorney